# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUFUS E. DENNIS,<br><br>    Defendant. | 8:20CR72<br><br>ORDER |

This matter is before the Court on the government's Motion to Dismiss (Filing No. 21) Counts II and IV of the Indictment (Filing No. 14) against Rufus E. Dennis without prejudice. See Fed R. Crim. P. 48(a). Upon careful review, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss (Filing No. 21) is granted.

2. Counts II and IV of the Indictment (Filing No. 14) against Rufus E. Dennis are dismissed without prejudice.

Dated this 25th day of February 2020.

                 BY THE COURT:

                 Robert F. Rossiter, Jr.
                 United States District Judge