IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RUFUS E. DENNIS,<br><br>    Defendant. | 8:20CR72<br><br>ORDER |

  This matter is before the court on the motion of Deborah D. Cunningham to withdraw as counsel for the defendant, Rufus E. Dennis. (Filing No. 30). Deborah D. Cunningham represents that she has a conflict of interest in this matter. Deborah D. Cunningham's motion to withdraw (Filing No. 30) is granted.

  Denise E. Frost, 9900 Nicholas Street, Suite 225, Omaha, NE 68114, (402) 346-8856, is appointed to represent Rufus E. Dennis for the balance of these proceedings pursuant to the Criminal Justice Act. Deborah D. Cunningham shall forthwith provide Denise E. Frost with the discovery materials provided the defendant by the government and such other materials obtained by Deborah D. Cunningham which are material to Rufus E. Dennis's defense.

  The clerk shall provide a copy of this order to Denise E. Frost and the defendant.

  **IT IS SO ORDERED.**

  Dated this 6th day of August, 2020.

                     BY THE COURT:

                      s/ Susan M. Bazis
                      United States Magistrate Judge