IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:20CR72** |
| vs. | |
| RUFUS E. DENNIS, | **ORDER** |
| Defendant. | |

This matter is before the Court on Defendant's MOTION TO CONTINUE TRIAL AND

PRETRIAL MOTIONS DEADLINES [33]. The Court notes that a jury trial as to this defendant

is set for September 14, 2020, before District Judge Robert F. Rossiter, Jr. For good cause

shown, I find that the motion should be granted. Leave is given to file pretrial motions on or

before September 2, 2020. Accordingly,


      **IT IS ORDERED:**

      1. Defendant's MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS

DEADLINES [33] is granted. Pretrial motions shall be filed on or before September 2, 2020.

      2. Defendant's jury trial scheduled for September 14, 2020, is cancelled, and shall be

rescheduled upon the expiration of the September 2, 2020, pretrial motion filing deadline.

      3. The ends of justice have been served by granting such motion and outweigh the

interests of the public and the defendant in a speedy trial. The additional time arising as a result

of the granting of the motion, i.e., the time between August 19, 2020, and September 2, 2020,

shall be deemed excludable time in any computation of time under the requirement of the Speedy

Trial Act for the reason defendant's counsel required additional time to adequately prepare the

case, taking into consideration due diligence of counsel, and the novelty and complexity of this

case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. §

3161(h)(7)(A) & (B).


Dated this 20th day of August, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge