IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RUFUS E. DENNIS,<br><br>                Defendant. | **8:20CR72**<br><br>**ORDER** |

      This matter is before the Court on Defendant's Unopposed Motion to Continue Trial and Pretrial Motions Deadlines (Third) [39]. The Court notes that a jury trial as to this defendant is set for November 2, 2020, before District Judge Robert F. Rossiter, Jr. For good cause shown, I find that the motion should be granted. Defendant will be given an approximate thirty-day extension. Leave is given to file pretrial motions on or before November 12, 2020. Accordingly,

      IT IS ORDERED:

      1. Defendant's Unopposed Motion to Continue Trial and Pretrial Motions Deadlines (Third) [39] is granted. Pretrial motions shall be filed on or before November 12, 2020.

      2. Defendant's jury trial scheduled for November 2, 2020, is cancelled, and shall be rescheduled upon the expiration of the November 12, 2020, pretrial motion filing deadline.

      3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between October 16, 2020, and November 12, 2020, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

      Dated this 19th day of October, 2020.

      BY THE COURT:

      s/ Michael D. Nelson
      United States Magistrate Judge