IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RUFUS E. DENNIS,<br><br>　　　　　Defendant. | 8:20CR72<br><br>ORDER |

　　This matter is before the Court on defendant Rufus E. Dennis's ("Dennis") renewed Motion to Proceed In Forma Pauperis (Filing No. 177) on appeal. On December 27, 2023, the Court denied (Filing No. 171) Dennis's previous request for leave to proceed in forma pauperis (Filing No. 169) on appeal because he failed to provide an affidavit demonstrating his "inability to pay or to give security for fees and costs" as required by Federal Rule of Appellate Procedure 24(a)(3).

　　With his renewed motion, Dennis has submitted a financial affidavit supporting his assertion that he "is indigent and unable to pay his appeal fee" or other costs associated with his appeal. Dennis's affidavit is in line with prior evidence of his financial status in this case (Filing Nos. 6, 7, and 122).

　　For good cause shown, Dennis's motion is granted, and he is permitted to proceed in forma pauperis on appeal. *See* Fed. R. App. P. 24(a)(3).

　　IT IS SO ORDERED.

　　Dated this 26th day of February 2024.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge